IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


ADAM R. GARCIA                                                                                    PLAINTIFF


v.                                       No. 1:10-cv-54-DPM


CENTERPOINT ENERGY RESOURCES CORP.,
d/b/a CENTERPOINT ENERGY ARKANSAS GAS,
CENTERPOINT ENERGY ARKLA, and
RELIANT ENERGY ARKLA                                                                      DEFENDANT


JUDGMENT


Garcia's complaint is dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

15 March 2012