IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ADAM R. GARCIA**                                                                              PLAINTIFF

v.                                  No. 1:10-cv-54-DPM

**CENTERPOINT ENERGY RESOURCES CORP.,
d/b/a CENTERPOINT ENERGY ARKANSAS GAS,
CENTERPOINT ENERGY ARKLA, and
RELIANT ENERGY ARKLA**                                                            DEFENDANT

JUDGMENT

Garcia's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 March 2012